UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

United States of America     )
                             )
v                            )     CR204-00002-001
                             )
Larry James Carter           )

### ORDER

Based upon the motion filed by the United States Attorney's Office, pursuant to Rule 35(b), it is hereby ordered that the defendant's sentence is reduced by twenty-six (26) months. This reduction results in a total imprisonment sentence of eight-two (82) months. The term and conditions of supervised release previously imposed remain unchanged.

SO ORDERED, this 3rd day of June, 2005

Judge, U.S. District Court